**Order entered April 4, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00224-CV

**CHRISTINE FLORES DESIO D/B/A PROFESSIONAL CENTER OF GRAND PRAIRIE
AND FRANCIS ANTHONY DESIO, JR. A/K/A FRANK DESIO, INDIVIDUALLY,**
**Appellants**

**V.**

**MIKE DEL BOSQUE D/B/A INJURY AND REHAB CENTER IN GRAND PRAIRIE,**
**Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-04408**

## ORDER

Before the Court is appellants' April 3, 2019 amended unopposed motion to extend time to file brief. We **GRANT** the motion and **ORDER** appellants' brief be filed no later than April 19, 2019.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE